UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DENNIS LUTHER, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 11-1184**<br>**c/w 12-2171**<br>*Pertains to: Both Cases* |
| **JOHN W. STONE OIL DISTRIBUTOR, L.L.C., ET AL** | **SECTION "C" 4** |

### ORDER OF DISMISSAL

The Court having been advised by Magistrate Judge Roby that all of the parties to the main demand in this action have firmly agreed upon a compromise, record document no.109; accordingly,

IT IS ORDERED that this action, except the complaint in intervention, be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated.

IT IS FURTHER ORDERED that the intervention in C.A. 11-1184 is reserved to be resolved by Magistrate Judge Roby.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

New Orleans, Louisiana, this 10th day of April 2014.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE